UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Lloyd and Dennice Stribling

Case No.: 17-23544
Chapter: 7
Judge: CMG

## NOTICE OF PROPOSED ABANDONMENT

_____Karen E. Bezner_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Jeanne A. Naughton, Clerk
United States Bankruptcy Court
United States Courthouse
402 East State Street
Trenton, New Jersey  08608

If an objection is filed, a hearing will be held before the Honorable **Michael B. Kaplan, U.S.B.J.** on **October 2, 2017** at **10:00** a.m. at the United States Bankruptcy Court, Courtroom no. **8**. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
27 Efland Lane
Willingboro, New Jersey
Valued at $184,500.00

Liens on property:
Key Bank, $30,239.00
Shellpoint Mortgage, $210,416.00

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name:     Karen E. Bezner, Trustee   /s/  Karen E. Bezner
Address:  567 Park Avenue, Suite 103, Scotch Plains, New Jersey  07076
Telephone No.: (908) 322-8484

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 17-23544-CMG
Lloyd T Stribling, Jr.                                                   Chapter 7
Dennice Stribling
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Aug 31, 2017
                              Form ID: pdf905          Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2017.
db/jdb         +Lloyd T Stribling, Jr.,   Dennice Stribling,   27 Efland lane,   Willingboro, NJ 08046-2212
516917775     #+Bank Of America,   Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
516917776      +Capital One,   Attn: General Correspondence/Bankruptcy,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
516917777      +Chase Card,   Attn: Correspondence Dept,   Po Box 15298,   Wilmington, DE 19850-5298
516917778      +Citibank / Sears,   Citicorp Credit Services/Attn: Centraliz,   Po Box 790040,
                 Saint Louis, MO 63179-0040
516917779      +Convergent Outsourcing,   800 SW 39th Street,   P.O. Box 9004,   Renton, WA 98057-9004
516917781      +Fed Loan Sevicing,   Po Box 69184,   Harrisburg, PA 17106-9184
516917782       Ford Motor Credit Company,   Dept. 194101,   PO Box 55000,   Detroit, MI 48255-1941
516917783       Fst Premier,   601 S Minneapolis Ave,   Sioux Falls, SD 57104
516917784      +Hsbc Bank Usa, Na,   Po Box 2013,   Buffalo, NY 14240-2013
516917787      +Land Rover,   Po Box 6275,   Dearborn, MI 48121-6275
516917789      +Select Card/5th3rd,   Po Box 495933,   Cincinnati, OH 45249-5933
516917790      +Shellpoint Mortgage Servicing,   Attn: Bankruptcy,   Po Box 10826,   Greenville, SC 29603-0826
516917792      +Visa Dept Store National Bank/Macy's,   Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 31 2017 23:22:28     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 31 2017 23:22:26     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516917780      +E-mail/Text: bankruptcy@cunj.org Aug 31 2017 23:22:17     Credit Union Of N J,   7 Dunmore Ave.,
                 Ewing, NJ 08618-1937
516917785      +E-mail/Text: key_bankruptcy_ebnc@keybank.com Aug 31 2017 23:22:39     Keybank NA,
                 Key Bank; Attention: Recovery Payment Pr,   4910 Tiedeman Road (Routing Code: 08-01-,
                 Brooklyn, OH 44144-2338
516917786      +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 31 2017 23:21:51     Kohls/Capital One,
                 Kohls Credit,   Po Box 3043,   Milwaukee, WI 53201-3043
516917788      +E-mail/Text: kmorgan@morganlaw.com Aug 31 2017 23:23:06     Morgan Bornstein & Morgan,
                 1236 Brace Road, Suite K,   Cherry Hill, NJ 08034-3229
516918889      +E-mail/PDF: gecsedi@recoverycorp.com Aug 31 2017 23:23:54     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
516917791      +E-mail/PDF: gecsedi@recoverycorp.com Aug 31 2017 23:24:11     Synchrony Bank/Amazon,
                 Attn: Bankruptcy,   Po Box 956060,   Orlando, FL 32896-0001
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2017 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS
               TRUSTEE bkecf@milsteadlaw.com, alubin@milsteadlaw.com
              Brian C. Nicholas    on behalf of Creditor    BAC BANK OF NY (CWALT 2007-6)
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Aug 31, 2017
                              Form ID: pdf905          Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Georgette  Miller    on behalf of Joint Debtor Dennice  Stribling info@georgettemillerlaw.com, georgettemillerlaw@gmail.com;gmecfmail@gmail.com;csmith@georgettemillerlaw.com;r50524@notify.bestcase.com;gregmont@gbmlaw.net
          Georgette  Miller    on behalf of Debtor Lloyd T Stribling, Jr. info@georgettemillerlaw.com, georgettemillerlaw@gmail.com;gmecfmail@gmail.com;csmith@georgettemillerlaw.com;r50524@notify.bestcase.com;gregmont@gbmlaw.net
          Karen E. Bezner    Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
          Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                      TOTAL: 7