Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                  Case No.: 17–23544–CMG
                                  Chapter:  7
                                  Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Lloyd T Stribling Jr.                                  Dennice Stribling
   27 Efland lane                                            27 Efland lane
   Willingboro, NJ 08046                          Willingboro, NJ 08046

Social Security No.:
   xxx–xx–0955                                                  xxx–xx–8056

Employer's Tax I.D. No.:

## FINAL DECREE

     The estate of the above named debtor(s) has been fully administered.

     If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

     ORDERED that Karen E. Bezner is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>October 10, 2017</u>                  <u>Christine M. Gravelle</u>
                                                  Judge, United States Bankruptcy Court